UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           v.<br><br>JOSHUA SOSA,<br>      a/k/a "Sos,"<br>      a/k/a "Sos the Ghost,"<br><br>                    Defendant. | Index. No. 17 Cr. 580 (NRB)<br><br>**AFFIDAVIT OF RITA M. GLAVIN IN SUPPORT OF DEFENDANT JOSHUA SOSA'S MOTION TO SUPPRESS** |

STATE OF NEW YORK     )

                      : SS.:

COUNTY OF NEW YORK   )

Rita M. Glavin, Esq., states that the following is true and correct:

I am an attorney at the law firm of Seward & Kissel LLP and CJA-appointed counsel for defendant Joshua Sosa ("Mr. Sosa"). All of the attached exhibits listed below were received during the course of Rule 16 discovery in this matter.

1. Exhibit 1 is a copy of the Criminal Complaint in *United States v. Joshua Sosa* (17 Cr. 580), dated July 25, 2017.

2. Exhibit 2 (Bates JS_000388) is a NYPD report.

3. Exhibit 3 (Bates JS_000395) is a NYPD report.

4. Exhibit 4 (Bates JS_004765-4766) is a NYPD report.

5. Exhibit 5 (Bates JS_004376) is a NYPD report.

6. Exhibit 6 (Bates JS_004692) is a NYPD mugshot photograph.

Dated: May 23, 2018
New York, NY

/s/
_____
Rita M. Glavin, Esq.