# Exhibit 2



# New York City Police Department
## Omniform System - Complaints

**Report Cmd:** 025  
**Jurisdiction:** N.Y.C. HOUSING AUTHORITY  
**Record Status:** Final, No Arrests  
**Complaint #:** 2017-025-04676  
No Other Legacy Blue Versions  
No Other Complaint Revisions  

**Occurrence Location:** REAR OF 2400 2 AVENUE  
**Name Of Premise:**  
**Premises Type:** RESIDENCE - PUBLIC H  
**Location Within Premise:** PUBLIC SIDEWALK  
**Visible By Patrol?:** YES  

**NYC Parks Dept. Property**  
**Did this offense occur on NYC Parks Dept. Property?** NO  
**Command:**  
**NYC Parks Dept. Property Name:**  

**Precinct:** 025  
**Sector:** A  
**Beat:**  
**Post:**  

**Occurrence From:** 2017-07-21 10:45 FRIDAY  
**Occurrence thru:** 2017-07-21 10:47  
**Reported:** 2017-07-21 12:48  
**Complaint Received:** RADIO  

**Aided #** 000001497  
**Accident #**  
**O.C.C.B. #**  

**Classification:** ASSAULT  
**Attempted/Completed:** COMPLETED  
**Most Serious Offense Is:** FELONY  
**PD Code:** 109 ASSAULT 2,1 UNCLASSIFIED  
**PL Section:** 12005  
**Keycode:** 106 ASSAULT-FELONIOUS  

**Case Status:** OPEN  
**Unit Referred To:** P.D.U.  
**Clearance Code:**  
**Log/Case #:** 0  
**Clearance Arrest Id:**  
**Clearance AO Cmd:**  
**File #:** 6  
**Prints Requested?** NO  

**Is This Related To Stop And Frisk Report** NO  
**SQF Number:** 0000-000-00000  
**Was The Victim's Personal Information Taken Or Possessed?** NO  
**Was The Victim's Personal Information Used To Commit A Crime?** NO  

**Gang Related?** NO  
**OCCB FOD Log #:**  
**Name Of Gang:**  
**Child Abuse Suspected?** NO  

**DIR Required?** NO  
**Child in Common?** NO  
**Intimate Relationship?** NO  

**If Burglary:**  
- Forced Entry?  
- Structure:  
- Entry Method:  
- Entry Location:  

**Alarm:**  
- Bypassed?  
- Comp Responded?:  
- Company Name/Phone: - -  
- Crime Prevention Survey Requested?:  
- Complaint/Reporter Present?:  

**If Arson:**  
- Structure:  
- Occupied?:  
- Damage by:  

**Taxi Robbery:**  
- Partition Present: NO  
- Amber Stress Light Activated: NO  
- Method of Conveyance:  
- Location of Pickup:  

**Supervisor On Scene - Rank / Name / Command:** SGT PINARD 805  
**Canvas Conducted:** YES  
**Translator(if used):**  

**NARRATIVE:** AT TPO C/V STATES HE WAS WALKING TO WORK WESTBOUND ON EAST 124 STREET TOWARD 2ND AVENUE, WHEN A WHITE CAR PULLED ASIDE HIM WITH AN UNKNOWN HISPANIC MALE DRIVER WHO BEGAN TO SHOOT AT THE C/V. C/V WAS STRUCK THREE TIMES, ONCE IN HIS RIGHT ARM, ONCE IN RIGHT SIDE OF CHEST AND ONCE IN THE UPPER LEFT LEG. SUSPECT FLED ON FOOT IN AN UNKNOWN DIRECTION. CANVASS CONDUCTED NEGATIVE RESULTS. C/V WAS TRANSPORTED TO HARLEM HOSPITAL IN REGARDS. BUS 10U. EMS ORTEGA SHIELD NUMBER 6207. C/V NOT LIKELY.

**No NYC TRANSIT Data for Complaint # 2017-025-04676**

**N.Y.C.H.A:** Complaint # 2017-025-04676  
**Development Name:** WAGNER  
**Housing Report #:** 9999999999  
**PSA #:** 5  
**Field Report Prepared:** NO  
**Field Report Number:**  

**Total Victims:** 1  **Total Witnesses:** 1  **Total Reporters:** 0  **Total Wanted:** 1  

### VICTIM: # 1 of 1
**Name:** [redacted]  
**Complaint#:** 2017-025-04676  

- Nick/AKA/Maiden:  
- UMOS: NO  
- Sex/Type: MALE  
- Race: BLACK  
- Age: [redacted]  
- Date Of Birth: [redacted]  
- Disabled? NO  
- Is this person not Proficient in English?: NO  
- If Yes, Indicate Language:  
- N.Y.C.H.A Resident? YES  
- Is Victim fearful for their safety / life? YES  
- Escalating violence / abuse by suspect? NO  

- Gang/Crew Affiliation: NO  
- Name:  
- Identifiers:  
- Will View Photo: YES  
- Will Prosecute: YES  
- Notified Of Crime Victim Comp. Law: YES