# Exhibit 3

| | | | | | |
|---|---|---|---|---|---|
| **INTERVIEW IN-PERSON** | | | **Crime/Condition** ASSAULT-FELONIOUS | **Command** 025-25TH PRECINCT **Date of This Report** 07/21/2017 | |
| **Date of UF61** 07/21/2017 | **Complaint No.** 2017-025-04676 | **Date Case Assigned** 07/21/2017 | **Case No.** 2017 - 1555 | **Unit Reporting** SQUAD | **Follow-Up No.** 4 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (INTERVIEW IN-PERSON) ATTEMPT TO INTERVIEW COMPLAINANT (█████) | 07/21/2017 | 11:30 |

| **Complainant's Name** | **Address** | **Apt No.** |
|---|---|---|
| █████ | █████ | |

**Nickname/Alias/Middle Name**

| **Sex** | **Race** | **Date of Birth** | **Age** |
|---|---|---|---|
| █ | █ | █ | █ |

| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |
|---|---|---|---|---|
| | | █████ | | |

| **Person Interviewed Last Name, First M.I.** | **Address** | **Apt No.** |
|---|---|---|
| █████ | █████ | |

**Nickname/Alias/Middle Name**

| **Position/Relationship** | **Sex** | **Race** | **Date of Birth** | **Age** |
|---|---|---|---|---|
| | █ | █ | █ | █ |

| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |
|---|---|---|---|---|
| | | █████ | | |

**Details**

**Summary of Investigation:**
1. On July 21, 2017, at approximately 1130 hours undersigned along with Detective Argiro did visit Harlem Hospital in an attempt to interview the █████ in regards to him being shot. When we arrived at the Emergency Room he was in the trauma room being worked on by several doctors. When the Doctors were finished working on him and able to stabilize him undersigned asked if he was able to be spoken with. █████ o at this time the complainant is not able to be interviewed.

Case Status Active

| **Activity Address Location** OFFICE | **Street** | **City** | **State** | **Zip** | **Apt #** |
|---|---|---|---|---|---|
| **Cross Street** | | **Intersection of** and | | **Premise Type** | |

| **Reporting Officer:** | **Rank** DT2 | **Name** PATRICK PURCELL | **Tax Reg. No.** █████ | **Command** 314-MANHATTAN NORTH HOMICIDE SQUAD | |
|---|---|---|---|---|---|
| **Reviewing Supervisor:** | **Manner of Closing** - | **Date Reviewed** 07/23/2017 | **Date of Next Review** | **Name** MARIO DILEO | **Supv. Tax No.** █████ |

| | | | | | |
|---|---|---|---|---|---|
| **GENERAL INVESTIGATION** | | | **Crime/Condition** ASSAULT-FELONIOUS | **Command** 025-25TH PRECINCT **Date of This Report** 07/21/2017 | |
| **Date of UF61** 07/21/2017 | **Complaint No.** 2017-025-04676 | **Date Case Assigned** 07/21/2017 | **Case No.** 2017 - 1555 | **Unit Reporting** SQUAD | **Follow-Up No.** 5 |

| **Complainant's Name** | **Address** | **Apt No.** |
|---|---|---|
| █████ | █████ | |

**Nickname/Alias/Middle Name**

| **Sex** | **Race** | **Date of Birth** | **Age** |
|---|---|---|---|
| █ | █ | █ | █ |

| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |
|---|---|---|---|---|
| | | █████ | | |

| **Perpetrator's Last Name, First M.I.** | **Wanted/Arrested** |
|---|---|
| SOSA, JOSHUA | WANTED |

**Nickname/Alias/Middle Name**

| **Address** 2383 2 AVENUE NY | **Apt No.** | **Res. Pct.** | **NYSID No.** 00128981Z | |
|---|---|---|---|---|

| **Position/Relationship** STRANGER | **Sex** MALE | **Race** | **Date of Birth** | **Age** 30 | **Height** 5FT4IN | **Weight** 140 |
|---|---|---|---|---|---|---|