# Exhibit 4

| | | | | |
|---|---|---|---|---|
| **Reporting Officer:** | **Rank** DT2 | **Name** PATRICK PURCELL | **Tax Reg. No.** | **Command** 314-MANHATTAN NORTH HOMICIDE SQUAD |
| **Reviewing Supervisor:** | **Manner of Closing** - | **Date Reviewed** 07/23/2017 | **Date of Next Review** | **Name** MARIO DILEO | **Supv. Tax No.** |

| | | |
|---|---|---|
| **GENERAL INVESTIGATION** | **Crime/Condition** ASSAULT-FELONIOUS | **Command** 025-25TH PRECINCT **Date of This Report** 07/22/2017 |

| **Date of UF61** 07/21/2017 | **Complaint No.** 2017-025-04676 | **Date Case Assigned** 07/21/2017 | **Case No.** 2017 - 1555 | **Unit Reporting** SQUAD | **Follow-Up No.** 16 |
|---|---|---|---|---|---|

| **Complainant's Name** | **Address** | **Apt No.** |
|---|---|---|
| | | |

**Nickname/Alias/Middle Name**

| **Sex** MALE | **Race** BLACK | **Date of Birth** | **Age** |
|---|---|---|---|
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** |

| **Perpetrator's Last Name, First M.I.** SOSA, JOSHUA | **Wanted/Arrested** WANTED |
|---|---|

**Nickname/Alias/Middle Name**

| **Address** 2383 2 AVENUE NY | **Apt No.** | **Res. Pct.** | **NYSID No.** 00128981Z | |
|---|---|---|---|---|
| **Position/Relationship** STRANGER | **Sex** MALE | **Race** WHITE HISPANIC | **Date of Birth** 02/04/1987 | **Age** 30 | **Height** 5FT4IN | **Weight** 140 |
| **Home Telephone** | **Business Telephone** | **Cell Phone** | **Beeper #** | **E-Mail Address** | **U.S. Citizen** Yes | **State/Country of Birth** USA |

**Description**
Eye Color:BROWN Hair Color:BLACK Hair Length:SHORT Hairstyle:CLOSE CUT Skin Tone:LIGHT

| **Accent** | **Weapon** USED/DISPLAYED | **Describe Weapon (If firearm, give color, make, caliber, type, model, etc.)** | **Discharged** |
|---|---|---|---|

| **Gang Affiliation** | **Gang Name** | **Gang Identifier** |
|---|---|---|
| **M.O.** | **Transit M.O.** | |
| **Action Toward Victim** | **Special Characteristics** | **New Burglary/Grand Larceny Specific M.O.** |
| **Mask:** | **Gloves:** | |

**Clothing Description**
Head Gear:OTHER Color:BLACK Outer Wear:T-SHIRT OR TANK TOP Color:WHITE Other Clothing/Accessories:SHORTS Color:BLACK

**Scars, Marks**

| Impersonation of | | | | | If other | | |
|---|---|---|---|---|---|---|---|
| **Frequents Areas in the Confines of the Precinct(s)** | | | | | | | |
| **Activity Address Location**<br>OFFICE | | **Street** | **City** | **State** | **Zip** | **Apt #** | |
| **Cross Street** | | | **Intersection of**<br>and | | | **Premise Type** | |
| **Activity Date**<br>07/21/2017 | | | **Activity Time**<br>15:30 | | | | |
| **Topic/Subject:**<br>INTERVIEW PO @ HARLEM HOSPITAL | | | | | | | |
| **Summary of Investigation:**<br>1. On July 21, 2017, at approximately 1530 HRS UNDERSIGNED INTERVIEW PO FAZIO SHIELD # ▉ FROM PSA 5 AT HARLEM HOSPITAL. PO FAZIO WAS GUARDING THE CV AT THE HOSPITAL. PO FAZIO STATED CV WAS TALKING AND STATED IT WAS A MALE HISPANIC WEARING BLACK SHORTS, WHITE T-SHIRT, SILVER CAR. CV TOLD PO FAZIO CAR CAME UP AND STARTING SHOOTING SAID IT WAS SOSA FROM JEFFERSON.<br><br>2. SUBMITTED FOR YOUR INFORMATION. | | | | | | | |

**025 PCT**