# Exhibit 5

| | OTHER ATTACHMENTS | Crime/Condition<br>ASSAULT-FELONIOUS | Command<br>025-25TH PRECINCT<br>Date of This Report<br>07/21/2017 |
|---|---|---|---|

| Date of UF61<br>07/21/2017 | Complaint No.<br>2017-025-04676 | Date Case Assigned<br>07/21/2017 | Case No.<br>2017 - 1555 | Unit Reporting<br>SQUAD | Follow-Up No.<br>22 |
|---|---|---|---|---|---|

| Topic/Subject | | Activity Date | Activity Time |
|---|---|---|---|
| (OTHER ATTACHMENTS) INTERVIEWED M▓▓▓▓ G▓▓▓▓▓ -CONFIRMATORY PHOTO | | 07/21/2017 | 19:50 |

| Complainant's Name | | Address | | Apt No. |
|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | |
| Sex | Race | Date of Birth | Age | |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | | Address | | Apt No. |
|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | |
| Position/Relationship | Sex | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**
1. On July 21, 2017, at approximately 1900 HRS I INTERVIEWED M▓▓▓▓ G▓▓▓▓▓ ALONG WITH DET SANTANA INSIDE OF THE 25 PDS AND HE STATED THE FOLLOWING:

2. MR. G▓▓▓ WAS ON THE RENTAL AGREEMENT FOR THE VEH THAT WAS INVOLVED IN THIS CRIME. HE FIRST SAID, THAT HE CAR WAS STOLEN ON WEDNESDAY 07/19/2017 AT 1900 HRS ON LEXINGTON AVE. SOON AFTER MR. G▓▓▓ CHANGED HIS STORY AND SAID, THE CAR WAS NEVER STOLEN, AND HE AND 'SOS' A GUY HE KNOWS HIS WHOLE LIFE RENTED THE CAR TOGETHER. THEY BOTH WENT TO BUDGET RENT A CAR IN FORT LEE NJ. MR. G▓▓▓ SAID, HE RENTED THE CAR FOR 'SOS', AND AFTER THIS WEDNESDAY HAS NOT SEEN THE CAR UNTIL WE NOTIFIED HIM TODAY. A WISE SEARCH REVEALED A JOSHUA SOSA NYSID# 00128981Z AND MR. G▓▓▓ IDENTIFIED HIM AS THE PERSON HE RENTED THE CAR FOR, AND THE PERSON WHO HE WENT WITH TO RENT IT. A SINGLE PHOTO OF JOSHUA SOSA WAS TAKE TO HARLEM HOSPITAL BY DET SANTANA AND DET PURCELL, AND THE C/V CONFIRMED TO THEM THAT HE WAS THE PERSON WHO SHOT HIM.

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | | Premise Type |

**ATTACHMENT**

| No | Attachment | Description |
|---|---|---|
| 1 | [PDF] 1500682347513_170721201118-2589284.pdf | |

| Reporting Officer: | Rank<br>DT3 | Name<br>STEVEN CARRA | | Tax Reg. No.<br>923631 | Command<br>250-25 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>07/23/2017 | Date of Next Review | Name<br>MARIO DILEO | Supv. Tax No.<br>940089 |