# Exhibit 6

 **NEW YORK CITY POLICE DEPARTMENT** 



| | | | |
|---|---|---|---|
| NYSID#: | **00128981Z** | Arrest Date: | **10-26-2007** |
| Arrest #: | **M07693231** | | |

JS_004692