**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

RITA M. GLAVIN
PARTNER
(212) 574-1309
glavin@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

July 5, 2018

**VIA ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Joshua Sosa,* 17 Cr. 580 (NRB)

Dear Judge Buchwald:

  I represent Joshua Sosa in the above-captioned matter. I write, with the Government's consent, to request an extension to July 18, 2018 to file the defense reply brief to the pending motion to suppress. The defense reply brief is currently due on July 9, 2018. My recent international travel on another matter impacted my schedule in terms of timing to file this reply brief.

            Respectfully submitted,

            /s/

            Rita M. Glavin

cc: AUSA Lauren Schorr, Esq. (by email)